979 So.2d 1048 (2008)
Ronald Lee CRAIG, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D08-268.
District Court of Appeal of Florida, Third District.
March 19, 2008.
Rehearing Denied April 24, 2008.
Ronald Lee Craig, in proper person. Bill McCollum, Attorney General, for appellee.
Before COPE, WELLS, and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. See Craig v. State, 31 Fla. L. Weekly D 2337, ___ So.2d ___, 2006 WL 2521405 (Fla. 3d DCA Sept. 1, 2006).